454 A.2d 153

Commonwealth v. Gordon, Appellant.

Petition for Allowance of Appeal
Denied March 22, 1983.

Submitted October 19, 1981. Roland J. Atkins, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence is affirmed.